JS 44 CAND (Rev. 2/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
RON PAUL 2012 PRESIDENTIAL CAMPAIGN COMMITTEE, INC.

**DEFENDANTS**
John Does, 1 through 10

**(b)** County of Residence of First Listed Plaintiff  Brazoria County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jerrold Abeles (SBN 138464)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district *(specify)* | ☐ 6 Multidistrict Litigation |

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C § 1125
Brief description of cause:
False designation of origin and false description

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

**IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)**
*(Place an "X" in One Box Only)*
☒ SAN FRANCISCO/OAKLAND  ☐ SAN JOSE  ☐ EUREKA

January 13, 2012
DATE

SIGNATURE OF ATTORNEY OF RECORD

1    JERROLD ABELES (SBN 138464)
     Abeles.Jerry@arentfox.com
2    DAVID BAYLES (SBN 208112)
     Bayles.David@arentfox.com
3    ARENT FOX LLP
     555 West Fifth Street, 48th Floor
4    Los Angeles, CA  90013-1065
     Telephone:  213.629.7400
5    Facsimile:  213.629.7401

6    MICHAEL A. GROW (*pro hac vice application pending*)
     Grow.Michael@arentfox.com
7    JAMES R. DAVIS II (*pro hac vice application pending*)
     Davis.james@arentfox.com
8    ARENT FOX LLP
     1050 Connecticut Avenue, NW
9    Washington, DC 20036-5339
     Telephone:  202.857.6000
10   Facsimile:  202.857.6395

11   Attorneys for Plaintiff
     RON PAUL 2012 PRESIDENTIAL CAMPAIGN COMMITTEE, INC.

12

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15

16   RON PAUL 2012 PRESIDENTIAL          Case No. _____
     CAMPAIGN COMMITTEE, INC.
17   A Delaware Corporation,
                                         **COMPLAINT FOR FALSE**
18                Plaintiff,             **DESIGNATION OF ORIGIN,**
                                         **FALSE ADVERTISING, AND**
19        v.                             **LIBEL/DEFAMATION**

20   John Does, 1 through 10,

21                Defendants.

22

23        Plaintiff Ron Paul 2012 Presidential Campaign Committee, Inc., by its

24   undersigned counsel, as and for the Complaint against Defendants John Doe, 1

25   through 10, allege as follows:

26        1.    This is an action for false designation of origin, false advertising, libel

27   and defamation under the statutes of the United States, 15 U.S.C. § 1125(a) and the

28   common law.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
                                    COMPLAINT

2.      This is a classic case of dirty politics resulting from the unlawful use in commerce of an underhanded and deceptive advertisement designed to tarnish Plaintiff's reputation, to interfere with its consulting and information dissemination services, and to hinder its efforts to raise funds for and promote Dr. Ron Paul's candidacy for President of the United States.

3.      Defendants John Doe 1 through 10 have created and published a scandalous and offensive video containing misrepresentations of fact that are being falsely attributed to Plaintiff.  To avoid detection and mislead the public, Defendants have concealed their identities and used a pseudonym to upload the video to the Internet.  Defendants' actions have directly caused actual confusion among prospective donors and other members of the public and the media who have erroneously attributed the scandalous video to Plaintiff, thereby damaging Plaintiff and tarnishing its reputation.

## THE PARTIES

4.      Plaintiff Ron Paul 2012 Presidential Campaign Committee, Inc. is a Delaware corporation with its principal place of business in Clute, Texas.

5.      The true names of Defendants John Does 1 through 10 are unknown to Plaintiff at this time and Plaintiff therefore sues Defendants by such fictitious names.  However, the Defendants are doing business within the State of California, within this judicial district, and they have caused tortious injury in the state through their use of online media based here.  When the true names of John Does 1 through 10 are ascertained through expedited discovery requested simultaneously with the filing of this pleading, Plaintiff will amend the Complaint to identify them.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. § 1331 and 1338, as Plaintiff's claims arise under acts of Congress relating to trademarks, 15 U.S.C. § 1051 *et seq.*  This Court has supplemental jurisdiction over Plaintiff's remaining claim under 28 U.S.C. § 1367.

1    7.   Venue is proper in this Court under 28 U.S.C. § 1391(b), because a

2    substantial part of the events or omissions giving rise to Plaintiff's claims occurred

3    in this District.

### FACTUAL BACKGROUND

5    8.   Ron Paul 2012 Presidential Campaign Committee, Inc. is a corporation

6    created to promote, support and endorse Texas Congressman Dr. Ron Paul as the

7    2012 Republican nominee for President of the United States.

8    9.   Plaintiff has the exclusive right to use the common law trade name and

9    mark Ron Paul to promote, support and endorse Dr. Paul by providing political

10   consulting and information dissemination services by, among other things, assisting

11   in the creation, publication and distribution of printed, audio video and online

12   information of interest to the media and the general public.

13   10.   On information and belief, on or about January 4, 2012, Defendants

14   uploaded a malicious video from a Twitter account onto YouTube entitled "Jon

15   Huntsman's Values" ("the Video").

16   11.   The Video, which is accompanied throughout with traditional Chinese

17   music in the background, begins by displaying the text "Jon Huntsman – American

18   Values? / The Manchurian Candidate - What's He Hiding?"  The term "Manchurian

19   Candidate" is particularly offensive since it is derived from the title of a book and

20   movie depicting an American captured by the Chinese who, after being

21   brainwashed, returns to the United States as an agent of the KGB.

22   12.   The Video shows, among other things, 2012 Republican presidential

23   candidate Jon Huntsman, a former United States ambassador to China, speaking in

24   Mandarin to one of his adopted daughters and then inquires whether Mr. Huntsman

25   is "weak on China."  The Video also questions Mr. Huntsman's religious faith,

26   refers to Mr. Huntsman as "China Jon" and asks whether his daughters are "even

27   adopted."  The Video ends with a fictitious depiction of Mr. Huntsman in a Mao

28   Zedong uniform and the text "American Values and Liberty – Vote Ron Paul,"

1    thereby falsely implying that Plaintiff created, endorsed or is affiliated in some way

2    with the Video and its content.

3        13.    Defendants did not use their true names or contact information in

4    association with the Video and, instead, have used the pseudonym NHLiberty4Paul,

5    which further falsely implies that Plaintiff created, endorsed or is affiliated in some

6    way with the Video and its content.

7        14.    Upon information and belief, the Video has been viewed on YouTube

8    and other Internet Web sites by hundreds of thousands of people.

9        15.    Upon information and belief, hundreds of thousands, if not millions, of

10   people have learned of and become familiar with the Video via intensive media

11   coverage and speculation on CNN, the *Los Angeles Times, The Huffington Post* and

12   numerous other national and international cable and broadcast networks,

13   publications, Web sites and news outlets.

14       16.    Much of the press coverage and public commentary has been

15   scathingly negative toward Plaintiff and Dr. Paul, based upon the erroneous

16   assumption – generated as a direct result of the misleading nature of the Video -

17   that Plaintiff created, endorsed or was affiliated in some way with the Video and its

18   offensive content.

19                        **FIRST CLAIM FOR RELIEF**

20   **(False Designation of Origin in Violation of Lanham Act § 43(a) [15 U.S.C. §**

21                              **1125(a)])**

22       17.    Plaintiff repeats and realleges the foregoing paragraphs as if fully set

23   forth herein.

24       18.    Plaintiff established common law rights in the trade name and

25   trademark Ron Paul. In the Video, Defendants have used Plaintiff's trade name and

26   mark Ron Paul without authorization.

27       19.    Defendants' unauthorized use of the name and mark Ron Paul in

28   commerce, in connection with the false and misleading Video, constitutes a false

1   designation of origin that is likely to cause and has actually caused confusion,

2   mistake and deception among Plaintiff's prospective donors and others as to the

3   origin, source, sponsorship or approval of the Video.

4       20.    On information and belief, Defendants are using the name and mark

5   Ron Paul without authorization in connection with an information dissemination

6   service that is deliberately calculated to injure Plaintiff and to cause confusion,

7   mistake and deception as to affiliation, connection and association between

8   Defendants and Plaintiff, or as to the origin, sponsorship, or approval of

9   Defendants' services and commercial activities.

10       21.    The use of the name and mark Ron Paul by Defendants constitutes

11   false designation of origin in violation of Section 43(a) of the Lanham Act (15

12   U.S.C. § 1125(a)).

13       22.    As a result of such activities by Defendants, Plaintiff has suffered and

14   will continue to suffer harm to Plaintiff's reputation and goodwill.

15       23.    By reason of Defendants' use of false designation of origin, Plaintiff

16   has suffered and will continue to suffer substantial damage to its reputation and

17   goodwill, as well as diversion and loss of money in an amount to be determined

18   according to proof at trial.

19       24.    Defendants' acts of false designation of origin have caused Plaintiff

20   irreparable injury and, unless enjoined by the Court, will continue to cause

21   irreparable injury to Plaintiff.

22       25.    Plaintiff has no adequate remedy at law to compensate it for injuries

23   inflicted and threatened by Defendants.

24       26.    Defendants' actions were willful and in conscious disregard of the

25   rights of Plaintiff, making this case "exceptional" under 15 U.S.C. § 1117.

26

27

28

## SECOND CLAIM FOR RELIEF

**(False Description and Representation in Violation of Lanham Act § 43(a) [15 U.S.C. § 1125(a)])**

27.     Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

28.     In the Video, Defendants have used in commerce explicit and implicit false descriptions and false representations of fact in a manner calculated to mislead members of the public and the media and to create the false impression that the false representations originated from or are sponsored, approved or authorized by Plaintiff.

29.     Defendants' Video is a commercial advertisement that misrepresents the nature, characteristics, and qualities of the Video itself and that falsely describes the nature characteristics, attributes and qualities of services offered by Plaintiff.

30.     By reason of Defendants' acts of false descriptions and false representations, Plaintiff has suffered and will continue to suffer substantial damage to its reputation and goodwill, as well as diversion and loss of money in an amount to be determined according to proof at trial.

31.     Defendants' acts of false description and false representation have caused Plaintiff irreparable injury and, unless enjoined by the court, Defendants' ongoing actions will continue to cause irreparable injury to Plaintiff.

32.     Plaintiff has no adequate remedy at law to compensate it for injuries as inflicted and threatened by Defendants.

33.     The actions of Defendants were willful and in conscious disregard of the rights of Plaintiff, making this case "exceptional" under 15 U.S.C. § 1117.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT

## THIRD CLAIM FOR RELIEF

### (Common Law Libel/Defamation)

34.    Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

35.    The Video uses the name Ron Paul in a manner that is calculated to defame and discredit Plaintiff and to mislead the public into believing that the outrageous and false allegations contained in the Video were created or endorsed by or originate with Plaintiff.

36.    The Video's reference to the name and mark Ron Paul, its feigned solicitation of support and votes for his candidacy, and the use of the acronym NHLiberty4Paul in association with the Video, create the false impression that Plaintiff created and endorsed the Video and its content.

37.    The Video is libelous on its face, and its misleading and highly offensive content clearly exposes Plaintiff to hatred, contempt and ridicule.

38.    The Video falsely portrays Plaintiff as unscrupulous, xenophobic and underhanded, and seeks to portray Plaintiff as willing to engage in any unlawful means to support the candidate Ron Paul.

39.    On information and belief, several hundred thousand people have viewed the Video, and millions of others have learned of the Video and its content through intensive media coverage, on CNN, the *Los Angeles Times, The Huffington Post* and numerous other national and international news outlets and Web sites.

40.    As a proximate result of the above-described publication, Plaintiff has suffered injury and a loss of its reputation, all to Plaintiff's damage in an amount to be established by proof at trial.

41.    The above-described publication was not privileged because it was published by Defendants with malice, hatred and ill will toward Plaintiff and the desire to injure Plaintiff and its efforts to support and endorse Dr. Paul's

1  presidential candidacy.  Because of Defendants' malice in publishing, Plaintiff

2  seeks punitive damages in an amount to be established by proof at trial.

3

4  **PRAYER FOR RELIEF**

5  Wherefore, Plaintiff prays for judgment against Defendants as follows:

6  1.  For compensatory damages in an amount to be determined at the time

7  of trial;

8  2.  For consequential damages in an amount to be determined at the time

9  of trial;

10  3.  For treble damages in an amount to be determined at the time of trial;

11  4.  For punitive damages in an amount to be determined at the time of

12  trial;

13  5.  For preliminary and permanent injunctive relief pursuant to Federal

14  and California state law against Defendants and their agents, servants, and

15  employees, as well as all persons in privity or acting in concert with Defendants,

16  from committing further infringing acts including:

17  a.  using Ron Paul 2012 Presidential Campaign Committee, Ron Paul, or

18  any other name, mark or trade dress that causes confusion or

19  constitutes infringement of Plaintiffs' rights or otherwise constitutes

20  unfair competition and false designation of origin;

21  b.  otherwise infringing Plaintiff's trademarks or using any similar

22  designation, alone or in combination with any marketing, advertising,

23  distribution or promotion of any services by Defendants;

24  c.  causing likelihood of confusion or injury to the business, reputation or

25  goodwill of Plaintiff and its services;

26  d.  causing likelihood of confusion or misunderstanding as to the source

27  or sponsorship of Defendants' services; and

28

1      e.    creating or distributing videos, advertisement or other promotional

2           materials that are misleading, confusing or otherwise falsely imply an

3           endorsement by or affiliation with Plaintiff;

4     6.    For an order requiring Defendants to take down and deliver up for

5 destruction all copies of the Video and any other materials that contain

6 unauthorized uses of the name and mark Ron Paul;

7     7.    For restitutionary damages in an amount to be determined at the time

8 of trial;

9     8.    For Defendants' profits in an amount to be determined at the time of

10 trial;

11    9.    For any damages sustained by Plaintiff in an amount to be determined

12 at the time of trial;

13    10.    For pre-judgment and post-judgment interest on all sums awarded, in

14 the maximum amount permitted by law;

15    11.    For attorneys' fees to the extent permitted by contract or law;

16    12.    For its costs of suit herein; and

17    13.    For such other and further relief as the Court may deem just and

18 proper.

19

20 Dated: January 13, 2012      **ARENT FOX LLP**

21

22              By: _____

23              JERROLD ABELES
               DAVID BAYLES

24              Attorneys for Plaintiff

25              RON PAUL 2012 PRESIDENTIAL
               CAMPAIGN COMMITTEE, INC.

26

27

28

1                               **DEMAND FOR JURY TRIAL**

2        Plaintiff hereby demands trial by jury of all issues so triable.

3   Dated: January 13, 2012         **ARENT FOX LLP**

4

5                         By: _____

6                            JERROLD ABELES
                            DAVID BAYLES

7                         Attorneys for Plaintiff
                          RON PAUL 2012 PRESIDENTIAL

8                           CAMPAIGN COMMITTEE, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28