UNITED STATES DISTRICT COURT

Northern District of California

RON PAUL 2012 PRESIDENTIAL
CAMPAIGN COMMITTEE, INC.,

    Plaintiff,

  v.

JOHN DOES, 1-10,

    Defendants.
_____/

No. C 12-0240 MEJ

**ORDER RE AMICI BRIEF**

On January 27, 2012, the Public Citizen Litigation Group, American Civil Liberties Union Foundation, Electronic Frontier foundation, and Digital Media Law Project filed a motion for leave to file an amici brief in this matter. Dkt. No. 9. This motion is GRANTED. If Plaintiff wishes to refile its request for expedited discovery, that request should address the arguments made by amici in their brief. Dkt. No. 9-1.

**IT IS SO ORDERED.**

Dated: February 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge