JERROLD ABELES (SBN 138464)
Abeles.Jerry@arentfox.com
DAVID G. BAYLES (SBN 208112)
Bayles.David@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

MICHAEL A. GROW (*pro hac vice application pending*)
Grow.Michael@arentfox.com
JAMES R. DAVIS II (*pro hac vice application pending*)
Davis.james@arentfox.com
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: 202.857.6000
Facsimile: 202.857.6395

Attorneys for Plaintiff
RON PAUL 2012 PRESIDENTIAL CAMPAIGN COMMITTEE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON PAUL 2012 PRESIDENTIAL CAMPAIGN COMMITTEE, INC. A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>John Does, 1 through 10,<br><br>Defendants. | Case No. CV-12-00240-MEJ<br><br>**DECLARATION OF MICHAEL A. GROW IN SUPPORT OF EX PARTE APPLICATION FOR EXPEDITED DISCOVERY** |

I, Michael A. Grow hereby declare:

1.     I am counsel for the Plaintiff in this action, I have personal knowledge of the matters stated herein, and I provide this declaration in support of Plaintiff's ex parte application for expedited discovery.

2.     The Plaintiff has identified the Doe defendant or defendants with sufficient

TECH/1078814.2

1  specificity in the complaint by noting that he, she, it or they own the Twitter user

2  name (NHLiberty4Paul) and, therefore, the owner is a real person or entity capable

3  of being sued in federal court.

4  3.      True copies of pertinent portions of the Twitter Terms of Service and Privacy

5  Policy are attached hereto as **Exhibit A.** These terms indicate that users must

6  provide personal contact information, including their names and email addresses,

7  when creating Twitter Accounts. *See* Twitter Privacy Policy,

8  https://twitter.com/privacy (last visited Jan. 26, 2012).

9  4.      True copies of pertinent portions of the YouTube Terms of Service and

10 instructions for posting on YouTube are attached hereto as **Exhibit B.** These show

11 that, to create a YouTube account, a user must submit his or her first and last name,

12 birthday, gender, phone number, email address, and location. *See* YouTube,

13 www.youtube.com (follow the "Create Account" hyperlink) (last visited Jan. 26,

14 2012). Under the YouTube Terms of Service, this information must be "accurate

15 and complete." *See* YouTube Terms of Service,

16 http://www.youtube.com/static?gl=US&template=terms (last visited Jan. 26, 2012).

17 5.      Upon being granted the right to serve discovery in this case, Plaintiff will be

18 able to serve subpoenas on YouTube and Twitter asking for the personal

19 information that Defendants submitted to create the NHLiberty4Paul accounts.

20 6.      Plaintiff has engaged in reasonable efforts to obtain the identity of the Doe

21 defendants by reviewing the NHLiberty4Paul YouTube and Twitter accounts to

22 obtain all publically available information about the users' actual identities.

23 However, no such information was available. Plaintiff also conducted searches on

24 the Google search engine for the term NHLiberty4Paul to determine if Defendants

25 used that name or username on any other websites. However these searches did not

26 yield any additional information about Defendants' identities.

27

28

EX PARTE APPLICATION FOR
EXPEDITED DISCOVERY
CASE NO. CV-12-00240-MEJ

TECH/1078814.2

7.      Plaintiff has provided reasonable notice to the potential defendants and an opportunity for them to defend their anonymity before the issuance of any subpoena.

8.      Specifically, on January 27, 2012, Plaintiff's counsel contacted Twitter to request all the information Twitter possesses, controls or can access related to the Twitter account @NHLiberty4Paul, including but not limited to the identities, email addresses and contact information of the persons and/or entities that own or control that account, and any and all related IP addresses, browser types, referring domains, pages visited, mobile carriers, devices and application IDs, and search terms associated with that account. Twitter refused to provide this information absent valid legal process. A copy of the correspondence between Plaintiff's counsel and Twitter is attached hereto as **Exhibit C.**

9.      On January 27, 2012, Plaintiff's counsel contacted Google to request all the information YouTube possesses, controls or can access related to the YouTube account NHLiberty4Paul, including but not limited to the identities, email addresses and contact information of the persons and/or entities that own or control that account, and any and all related IP addresses, browser types, referring domains, pages visited, mobile carriers, devices and application IDs, and search terms associated with that account. Google refused to provide this information absent a valid third party subpoena or other appropriate legal process. A copy of the correspondence between Plaintiff's counsel and Google is attached hereto as **Exhibit D**.

10.     On February 9, 2012, Plaintiff's counsel attempted but was unable to send a direct message to the @NHLiberty4Paul Twitter account. However, on that date, Plaintiff's counsel posted a reply to the January 24, 2012 Tweet from that account relating to the Video. As yet no reply has been received. The posting will serve to

TECH/1078814.2

EX PARTE APPLICATION FOR
EXPEDITED DISCOVERY
CASE NO. CV-12-00240-MEJ

1  put the Defendants on reasonable notice of the lawsuit and is intended to provide
2  the Defendants with an opportunity to defend their anonymity before the issuance
3  of any subpoena. A copy of this posting is attached hereto as **Exhibit E**.

4  11.    On February 9, 2011. Plaintiff's counsel also sent a private message to the
5  NHLiberty4Paul YouTube account to put the Defendants on reasonable notice of
6  the lawsuit and to provide the Defendants with an opportunity to defend their
7  anonymity before the issuance of any subpoena. As yet no response has been
8  received. A copy of this correspondence is attached hereto as **Exhibit F**.

9  12.    Plaintiff has alleged with specificity the speech or conduct that has allegedly
10  violated its rights, as conceded by the amici curiae in their memorandum addressing
11  the proper standard for early discovery to identify anonymous speakers.

12  13.    Plaintiff has pled sufficient facts to withstand any motion to dismiss that may
13  be filed, as shown in the motion supporting the amended ex parte petition for
14  expedited discovery.

15  14.    Plaintiff has produced evidence supporting each element of its claims.

16  15.    Plaintiff has a reasonable likelihood of being able to identify Defendants
17  through discovery of the type described herein and, upon obtaining the identity of
18  Defendants, service of process will be possible. As explained above, both Twitter
19  and YouTube require users to submit identifying information when creating
20  accounts.

21  16.    Multiple politicians and their authorized representatives have secured
22  trademark registrations issued by the United States Patent and Trademark Office
23  ("USPTO") that consist of, or incorporate, the politicians' names. For example,
24  Sarah L. Palin owns U.S. Trademark Registration No. 4,005,353 for the mark
25  SARAH PALIN, for use in connection with information about political elections
26  and providing a website featuring information about political issues in Class 35,

27
28

EX PARTE APPLICATION FOR
EXPEDITED DISCOVERY
CASE NO. CV-12-00240-MEJ

- 4 -

TECH/1078814.2

1    and educational and entertainment services, namely, providing motivational

2    speaking services in the field of politics, culture, business and values in Class 41.

3    In addition, The Ronald Reagan Presidential Library Foundation owns U.S.

4    Trademark Registration No. 3,933,461 for RONALD REAGAN (stylized), for use

5    in connection with various goods, and Bush For President, Inc. previously owned

6    two federal registrations for GEORGE W BUSH FOR PRESIDENT & Design for

7    assorted goods, including campaign buttons (U.S. Trademark Registration Nos.

8    2,531,401 and 2,590,290). Copies of the registration certificates for these marks

9    and an excerpt from *The Acceptable Identification of Goods and Services Manual*

10   published by the United States Patent and Trademark Office, showing various types

11   of political information and fund raising services that qualify for registration, are

12   attached hereto as **Exhibit G**.

13   17.    There has been actual confusion over the origin of the Video, and this

14   confusion has damaged Dr. Ron Paul and Plaintiff. Multiple parties mistakenly

15   attributed the Video to Plaintiff and/or Dr. Ron Paul. For example, on January 6,

16   2012, Cindy McCain, wife of Senator John McCain, tweeted, "I deeply resent the

17   video made using the adopted daughters of @johnhuntsman. **@ronpaul** shame on

18   you. This has shades of 2000 all over it." This tweet, which attributes the Video to

19   Dr. Ron Paul, was re-tweeted by 416 other Twitter users. A copy of the Cindy

20   McCain tweet is attached hereto as **Exhibit H**. Further evidence of actual

21   confusion over the origin of the Video and the resulting damage to Plaintiff and Dr.

22   Ron Paul is attached hereto as **Exhibit I**.

23   18.    On January 4, 2012, the Defendants publically distributed the Video via

24   Twitter and YouTube. The video is currently available on YouTube at

25   http://www.youtube.com/watch?v=tZeVqj-t1U0 (last visited Feb. 2, 2012). Screen

26   shots of the Video as distributed by the Defendants via Twitter and YouTube are

27

28                                                              EX PARTE APPLICATION FOR
                                                                  EXPEDITED DISCOVERY
                                        - 5 -                    CASE NO. CV-12-00240-MEJ

1 attached hereto as **Exhibit J**.

2 19. I declare under penalty of perjury under the laws of the United States that the

3 foregoing is true and correct and that this declaration is executed on this 10th day of

4 January 2012, in Washington D.C.

Michael A. Grow

TECH/1078814.2

# EXHIBIT A

Twitter

- 
  - Settings
  - Who to Follow
  - Help
  - Sign out

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form

# Twitter Privacy Policy

This Privacy Policy describes Twitter's policies and procedures on the collection, use and disclosure of your information. Twitter receives your information through our various web sites, SMS, APIs, applications, services and third-parties ("Services"). For example, you send us information when you use Twitter from our web site, post or receive Tweets via SMS, add a Twitter widget to your website, or access Twitter from an application such as Twitter for Mac, Twitter for Android or TweetDeck. When using any of our Services you consent to the collection, transfer, manipulation, storage, disclosure and other uses of your information as described in this Privacy Policy. Irrespective of which country that you reside in or create information from, your information may be used by Twitter in the United States or any other country where Twitter operates.

If you have any questions or comments about this Privacy Policy, please contact us at privacy@twitter.com.

## Information Collection and Use

Tip We collect and use your information to provide and measure use of our Services and improve them over time.

**Information Collected Upon Registration:** When you create or reconfigure a Twitter account, you provide some personal information, such as your name, username, password, and email address. Some of this information, for example, your name and username, is listed publicly on our Services, including on your profile page and in search results. Some Services, such as search, public user profiles and viewing lists, do not require registration.

**Additional Information:** You may provide us with additional information to make public, such as a short biography, your location, or a picture. You may customize your account with information such as a cell phone number for the delivery of SMS messages or your address book so that we can help you find Twitter users you know. We may use your contact information to send you information about our Services or to market to you. You may unsubscribe from these messages by following the instructions contained within the messages or the instructions on our web site. If you email us, we may keep your message, email address and contact information to respond to your request. Providing the additional information described in this section is entirely optional.

**Tweets, Following, Lists and other Public Information:** Our Services are primarily designed to help you share information with the world. Most of the information you provide to us is information

Twitter

- •
  - • Settings
  - • Who to Follow
  - • Help
  - • Sign out
- • Skip past navigation
- • On a mobile phone? Check out m.twitter.com!
- • Skip to navigation
- • Skip to sign in form

# Terms of Service

These Terms of Service ("**Terms**") govern your access to and use of the services and Twitter's websites (the "**Services**"), and any information, text, graphics, photos or other materials uploaded, downloaded or appearing on the Services (collectively referred to as "**Content**"). Your access to and use of the Services is conditioned on your acceptance of and compliance with these Terms. By accessing or using the Services you agree to be bound by these Terms.

## Basic Terms

You are responsible for your use of the Services, for any Content you post to the Services, and for any consequences thereof. The Content you submit, post, or display will be able to be viewed by other users of the Services and through third party services and websites (go to the account settings page to control who sees your Content). You should only provide Content that you are comfortable sharing with others under these Terms.

Tip What you say on Twitter may be viewed all around the world instantly. You are what you Tweet!

You may use the Services only if you can form a binding contract with Twitter and are not a person barred from receiving services under the laws of the United States or other applicable jurisdiction. You may use the Services only in compliance with these Terms and all applicable local, state, national, and international laws, rules and regulations.

The Services that Twitter provides are always evolving and the form and nature of the Services that Twitter provides may change from time to time without prior notice to you. In addition, Twitter may stop (permanently or temporarily) providing the Services (or any features within the Services) to you or to users generally and may not be able to provide you with prior notice. We also retain the right to create limits on use and storage at our sole discretion at any time without prior notice to you.

The Services may include advertisements, which may be targeted to the Content or information on the Services, queries made through the Services, or other information. The types and extent of advertising by Twitter on the Services are subject to change. In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third party providers and partners may place such advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others.

## Privacy

Any information that you provide to Twitter is subject to our Privacy Policy, which governs our collection and use of your information. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States and/or other countries for storage, processing and use by Twitter. As part of providing you the Services, we may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your Twitter account, which you may not be able to opt-out from receiving.

Tip You can opt-out of most communications from Twitter including our newsletter, new follower emails, etc. Please see the Notifications tab of Settings for more.

## Passwords

You are responsible for safeguarding the password that you use to access the Services and for any activities or actions under your password. We encourage you to use "strong" passwords (passwords that use a combination of upper and lower case letters, numbers and symbols) with your account. Twitter cannot and will not be liable for any loss or damage arising from your failure to comply with the above requirements.

## Content on the Services

All Content, whether publicly posted or privately transmitted, is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content. Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk.

We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. Under no circumstances will Twitter be liable in any way for any Content, including, but not limited to, any errors or omissions in any Content, or any loss or damage of any kind incurred as a result of the use of any Content posted, emailed, transmitted or otherwise made available via the Services or broadcast elsewhere.

## Your Rights

You retain your rights to any Content you submit, post or display on or through the Services. By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods (now known or later developed).

Tip This license is you authorizing us to make your Tweets available to the rest of the world and to let others do the same.

You agree that this license includes the right for Twitter to make such Content available to other companies, organizations or individuals who partner with Twitter for the syndication, broadcast, distribution or publication of such Content on other media and services, subject to our terms and conditions for such Content use.

Tip Twitter has an evolving set of rules for how ecosystem partners can interact with your content. These rules exist to enable an open ecosystem with your rights in mind. But what's yours is yours – you own your Content (and your photos are part of that Content)

Such additional uses by Twitter, or other companies, organizations or individuals who partner with Twitter, may be made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services.

We may modify or adapt your Content in order to transmit, display or distribute it over computer networks and in various media and/or make changes to your Content as are necessary to conform and adapt that Content to any requirements or limitations of any networks, devices, services or media.

You are responsible for your use of the Services, for any Content you provide, and for any consequences thereof, including the use of your Content by other users and our third party partners. You understand that your Content may be rebroadcasted by our partners and if you do not have the right to submit Content for such use, it may subject you to liability. Twitter will not be responsible or liable for any use of your Content by Twitter in accordance with these Terms. You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to any Content that you submit.

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software that is provided to you by Twitter as part of the Services. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

## Twitter Rights

All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. The Services are protected by copyright, trademark, and other laws of both the United States and foreign countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, and other distinctive brand features. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

## Restrictions on Content and Use of the Services

We reserve the right at all times (but will not have an obligation) to remove or refuse to distribute any Content on the Services and to terminate users or reclaim usernames. Please review the Twitter Rules (which are part of these Terms) to better understand what is prohibited on the Service. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Twitter, its users and the public.

# EXHIBIT B

Google

Sign in

Create a new Google Account



### Your Google Account is more than just YouTube.

Talk, chat, share, schedule, store, organize, collaborate, discover and create. Use Google products from Gmail to Google+ to YouTube, view your search history, all with one username and password, all backed up all the time and easy to find at (you guessed it) Google.com.



### Take it all with you.

A Google Account lets you access all your stuff — Gmail, photos and more — from any device. Search by taking pictures, or by voice. Get free turn-by-turn navigation, upload your pictures automatically, and soon even buy things with your phone using Google Wallet.



### Share a little. Or share a lot.

Share selectively with friends, family (maybe even your boss) on Google+. Start a video Hangout with friends, text a group all at once, or just follow posts from people who fascinate you. Your call.



### Work in the future.

Get a jump on the next era of doing, well, everything. Watch as colleagues or partners drop in a photo, update a spreadsheet, or improve a paragraph, in real-time, from 1,000 miles away. Google Docs is free with a Google Account.

**Name**

First | Last

**Choose a Google username**

@gmail.com

**Create a password**

**Confirm your password**

**Birthday**

Month | Day | Year

**Gender**

I am...

**Mobile phone**

**Other email address**

**Prove you're not a robot**

MEN,

Type the two pieces of text:

**Location**

United States

☐ I agree to the Google Terms of Service and Privacy Policy

☑ Google may use my account information to personalize +1s on content and ads on non-Google websites. About personalization.

Learn more about why we ask for this information.

© 2012 Google    Google Home    Terms of Service    Privacy Policy    Help

Browse | Movies | Upload          Create Account | Sign In

About    Press & Blogs    Copyright    Creators & Partners    Advertising    Developers    Help

**Terms of Service**

Pay Content Terms of Service

Collecting Society Notices

Copyright Notices

Community Guidelines

## Terms of Service

Community Guidelines

### 1. Your Acceptance

A. By using or visiting the YouTube website or any YouTube products, software, data feeds, and services provided to you on, from, or through the YouTube website (collectively the "Service") you signify your agreement to (1) these terms and conditions (the "Terms of Service"), (2) YouTube's privacy notice, found at http://www.youtube.com/t/privacy and incorporated herein by reference, and (3) YouTube's Community Guidelines, found at http://www.youtube.com/t/community_guidelines and also incorporated herein by reference. If you do not agree to any of these terms, the YouTube privacy notice, or the Community Guidelines, please do not use the Service.

B. Although we may attempt to notify you when major changes are made to these Terms of Service, you should periodically review the most up-to-date version http://www.youtube.com/t/terms. YouTube may, in its sole discretion, modify or revise these Terms of Service and policies at any time, and you agree to be bound by such modifications or revisions. Nothing in these Terms of Service shall be deemed to confer any third-party rights or benefits.

### 2. Service

A. These Terms of Service apply to all users of the Service, including users who are also contributors of Content on the Service. "Content" includes the text, software, scripts, graphics, photos, sounds, music, videos, audiovisual combinations, interactive features and other materials you may view on, access through, or contribute to the Service. The Service includes all aspects of YouTube, including but not limited to all products, software and services offered via the YouTube website, such as the YouTube channels, the YouTube "Embeddable Player," the YouTube "Uploader," and other applications.

B. The Service may contain links to third party websites that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, YouTube will not and cannot censor or edit the content of any third-party site. By using the Service, you expressly release YouTube from any and all liability arising from your use of any third-party website.

C. Accordingly, we encourage you to be aware when you leave the Service and to read the terms and conditions and privacy policy of each other website that you visit.

### 3. YouTube Accounts

A. In order to access some features of the Service, you will have to create a YouTube or Google account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify YouTube immediately of any breach of security or unauthorized use of your account.

B. Although YouTube will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of YouTube or others due to such unauthorized use.

### 4. General Use of the Service—Permissions and Restrictions

YouTube hereby grants you permission to access and use the Service as set forth in these Terms of Service, provided that:

A. You agree not to distribute in any medium any part of the Service or the Content without YouTube's prior written authorization, unless YouTube makes available the means for such distribution through functionality offered by the Service (such as the Embeddable Player).

B. You agree not to alter or modify any part of the Service.

C. You agree not to access Content through any technology or means other than the video playback pages of the Service itself, the Embeddable Player, or other explicitly authorized means YouTube may designate.

D. You agree not to use the Service for any of the following commercial uses unless you obtain YouTube's prior written approval:

- the sale of access to the Service;
- the sale of advertising, sponsorships, or promotions placed on or within the Service or Content; or
- the sale of advertising, sponsorships, or promotions on any page of an ad-enabled blog or website containing Content delivered via the Service, unless other material not obtained from YouTube appears on the same page and is of sufficient value to be the basis for such sales.

E. Prohibited commercial uses do not include:

- uploading an original video to YouTube, or maintaining an original channel on YouTube, to promote your business or artistic enterprise;
- showing YouTube videos through the Embeddable Player on an ad-enabled blog or website, subject to the advertising restrictions set forth above in Section 4.D; or
- any use that YouTube expressly authorizes in writing.

(For more information about what constitutes a prohibited commercial use, see our FAQ.)

F. If you use the Embeddable Player on your website, you may not modify, build upon, or block any portion or functionality of the Embeddable Player, including but not limited to links back to the YouTube website.

G. If you use the YouTube Uploader, you agree that it may automatically download and install updates from time to time from YouTube. These updates are designed to improve, enhance and further develop the Uploader and may take the form of bug fixes, enhanced functions, new software modules and completely new versions. You agree to receive such updates (and permit YouTube to deliver these to you) as part of your use of the Uploader.

H. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," or "offline readers," that accesses the Service in a manner that sends more request messages to the YouTube servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser.

Notwithstanding the foregoing, YouTube grants the operators of public search engines permission to use spiders to copy materials from the site for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials. YouTube reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names, from the Service, nor to use the communication systems provided by the Service (e.g., comments, email) for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Service with respect to their Content.

I. In your use of the Service, you will comply with all applicable laws.

J. YouTube reserves the right to discontinue any aspect of the Service at any time.

### 5. Your Use of Content

In addition to the general restrictions above, the following restrictions and conditions apply specifically to your use of Content.

A. The Content on the Service, and the trademarks, service marks and logos ("Marks") on the Service, are owned by or licensed to YouTube, subject to copyright and other intellectual property rights under the law.

B. Content is provided to you AS IS. You may access Content for your information and personal use solely as intended through the provided functionality of the Service and as permitted under these Terms of Service. You shall not download any Content unless you see a "download" or similar link displayed by YouTube on the Service for that Content. You shall not copy, reproduce, distribute, transmit, broadcast, display, sell, license, or otherwise exploit any Content for any other purposes without the prior written consent of YouTube or the respective licensors of the Content. YouTube and its licensors reserve all rights not expressly granted in and to the Service and the Content.

C. You agree not to circumvent, disable or otherwise interfere with security-related features of the Service or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Service or the Content therein.

D. You understand that when using the Service, you will be exposed to Content from a variety of sources, and that YouTube is not responsible for the accuracy, usefulness, safety, or intellectual property rights of or relating to such Content. You further understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against YouTube with respect thereto, and, to the extent permitted by applicable law, agree to indemnify and hold harmless YouTube, its owners, operators, affiliates, licensors, and licensees to the fullest extent allowed by law regarding all matters related to your use of the Service.

### 6. Your Content and Conduct

A. As a YouTube account holder you may submit Content to the Service, including videos and user comments. You understand that YouTube does not guarantee any confidentiality with respect to any Content you submit.

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit; and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. For clarity, you retain all of your ownership rights in your Content. However, by submitting Content to YouTube, you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and YouTube's (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the Service a non-exclusive license to access your Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service. The above licenses granted by you in video Content you submit to the Service terminate within a commercially reasonable time after you remove or delete your videos from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted. The above licenses granted by you in user comments you submit are perpetual and irrevocable.

D. You further agree that Content you submit to the Service will not contain third party copyrighted material, or material that is subject to other third party proprietary rights, unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at http://www.youtube.com/t/community_guidelines, which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

F. YouTube does not endorse any Content submitted to the Service by any user or other licensor, or any opinion, recommendation, or advice expressed therein, and YouTube expressly disclaims any and all liability in connection with Content. YouTube does not permit copyright infringing activities and infringement of intellectual property rights on the Service, and YouTube will remove all Content if properly notified that such Content infringes on another's intellectual property rights. YouTube reserves the right to remove Content without prior notice.

### 7. Account Termination Policy

A. YouTube will terminate a user's access to the Service if, under appropriate circumstances, the user is determined to be a repeat infringer.

B. YouTube reserves the right to decide whether Content violates these Terms of Service for reasons other than copyright infringement, such as, but not limited to, pornography, obscenity, or excessive length. YouTube may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service.

### 8. Digital Millennium Copyright Act

A. If you are a copyright owner or an agent thereof and believe that any Content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing (see 17 U.S.C 512(c)(3) for further detail):

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the service provider to locate the material;

- Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

# EXHIBIT C

**Salomon, Amy**

| | |
|---|---|
| **From:** | Kessel [notifications-support@twitter.zendesk.com] |
| **Sent:** | Tuesday, January 31, 2012 12:19 PM |
| **To:** | Salomon, Amy |
| **Subject:** | #4580873 Twitter Support: update on "Federal Lawsuit" |

## Please type your reply above this line ##



**Kessel, Jan 31 09:18 am (PST):**

Hello,

Twitter does not release user information except as required by valid legal process. We receive information requests at the mailing address and fax number below:

Twitter Inc.,
c/o Trust and Safety
795 Folsom Street, Suite 600
San Francisco, CA 94107

Fax: 1-415-222-9958

Acceptance of legal process by facsimile is for our convenience only and does not waive any objections, including the lack of jurisdiction or proper service.

Due to to the volume of requests we receive and the burden they impose on us, we do not preserve account information unless required by law or court order.

Thank you,
Twitter Trust & Safety

**ArentFox1, Jan 27 11:12 am (PST):**

Dear Twitter,

This firm represents the Ron Paul 2012 Presidential Committee Campaign, Inc. ("the Committee"). As you may have heard, on January 13, 2012, the Committee filed a federal lawsuit in the Northern District of California (Case No. C 12-0240) against Jon Does 1 through 10 regarding the defendants' unlawful creation and posting of a defamatory and infringing video commonly referred to as The Manchurian Candidate. See http://www.cnn.com/2012/01/27/justice/connecticut-home-invasion-sentencing/index.html?hpt=hp_t1.

The video was uploaded to the YouTube account NHLiberty4Paul and tweeted from the Twitter account @NHLiberty4Paul. We are writing to request that you provide us with all the information Twitter possesses, controls or can access related to the Twitter account @NHLiberty4Paul, including but not limited to the identities, email addresses and contact information of the persons and/or entities that own or control that account, and any and all related IP addresses, browser types, referring domains, pages visited, mobile carriers, devices and application IDs, and search terms associated with that account.

1

We also request that you immediately preserve all files, information and data related to this account.

We look forward to hearing from you and thank you in advance for your prompt attention to this important matter.

Sincerely,
Amy Salomon

Amy Salomon
Attorney

Arent Fox LLP | Attorneys at Law
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
202.857.6015 DIRECT | 202.857.6395 FAX
salomon.amy@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**ArentFox1, Jan 27 11:07 am (PST):**

Regarding: Account deactivation/reactivation
Subject: Federal Lawsuit
Description of problem: Dear Twitter,

This firm represents the Ron Paul 2012 Presidential Committee Campaign, Inc. ("the Committee"). As you may have heard, on January 13, 2012, the Committee filed a federal lawsuit in the Northern District of California (Case No. C 12-0240) against Jon Does 1 through 10 regarding the defendants' unlawful creation and posting of a defamatory and infringing video commonly referred to as The Manchurian Candidate. See http://www.cnn.com/2012/01/27/justice/connecticut-home-invasion-sentencing/index.html?hpt=hp_t1.

The video was uploaded to the YouTube account NHLiberty4Paul and tweeted from the Twitter account @NHLiberty4Paul. We are writing to request that you provide us with all the information Twitter possesses, controls or can access related to the Twitter account @NHLiberty4Paul, including but not limited to the identities, email addresses and contact information of the persons and/or entities that own or control that account, and any and all related IP addresses, browser types, referring domains, pages visited, mobile carriers, devices and application IDs, and search terms associated with that account.

We also request that you immediately preserve all files, information and data related to this account.

We look forward to hearing from you and thank you in advance for your prompt attention to this important matter.

Sincerely,
Amy Salomon, Esq.
Full name: Amy Salomon
Twitter username: @ArentFox1
Email address: salomon.amy@arentfox.com
Phone number(optional): 202-857-6015

# EXHIBIT D

**Salomon, Amy**

| | |
|---|---|
| From: | Google Legal Support [google-legal-support@google.com] |
| Sent: | Monday, January 30, 2012 7:09 PM |
| To: | Salomon, Amy |
| Cc: | Grow, Michael A.; Davis, Jim |
| Subject: | Re: Federal Lawsuit re: YouTube account NHLiberty4Paul |

Hello,

The information you are requesting is subject to state and federal laws.
In accordance with those laws, it is Google's policy to only provide subscriber information
pursuant to a valid third party subpoena or other appropriate legal process.

We accept civil subpoenas by personal service. We are unable to accept service by mail or any
form of electronic service at this time.

Civil subpoenas may be served at the following address:

Attention: Custodian of Records
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Regards,
Legal Investigations Support

Original Message Follows:
------------------------
From: "Salomon, Amy" <Salomon.Amy@ARENTFOX.COM>
Subject: Federal Lawsuit re: YouTube account NHLiberty4Paul
Date: Fri, 27 Jan 2012 14:17:34 -0500

> Dear Legal Department,
>
> This firm represents the Ron Paul 2012 Presidential Committee
> Campaign,
Inc. ("the Committee"). As you may have heard, on January 13, 2012, the Committee filed a
federal lawsuit in the Northern District of California (Case No. C 12-0240) against Jon Does
1 through 10 regarding the defendants' unlawful creation and posting of a defamatory and
infringing video commonly referred to as The Manchurian Candidate. See
http://www.cnn.com/2012/01/27/justice/connecticut-home-invasion-
sentencing/index.html?hpt=hp_t1.
>
> The video was uploaded to the YouTube account NHLiberty4Paul and
> tweeted
from the Twitter account @NHLiberty4Paul. We are writing to request that you provide us with
all the information YouTube possesses, controls or can access related to the YouTube account
NHLiberty4Paul, including but not limited to the identities, email addresses and contact
information of the persons and/or entities that own or control that account, and any and all
related IP addresses, browser types, referring domains, pages visited, mobile carriers,
devices and application IDs, and search terms associated with that account.
>
> We also request that you immediately preserve all files, information
> and
data related to this account.

1

\>
\> We look forward to hearing from you and thank you in advance for your
prompt attention to this important matter.
\>
\> Sincerely,
\>
\> Amy Salomon
\>
\> Amy Salomon
\> Attorney
\>
\> Arent Fox LLP | Attorneys at Law
\> 1050 Connecticut Avenue, NW
\> Washington, DC  20036-5339
\> 202.857.6015 DIRECT | 202.857.6395 FAX
\> salomon.amy@arentfox.com<mailto:Salomon.Amy@ARENTFOX.COM> |
www.arentfox.com<http://www.arentfox.com>
\>
\> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the
exclusive and confidential use of the intended recipient. If you received this in error,
please do not read, distribute, or take action in reliance upon this message. Instead, please
notify us immediately by return e-mail and promptly delete this message and its attachments
from your computer system. We do not waive attorney-client or work product privilege by the
transmission of this message.
\>
\> _____
\> IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal
tax advice contained in this communication (including any
attachments) is not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein.

# EXHIBIT E



# EXHIBIT F



Sent

**Subject:** Federal lawsuit in the Northern District of California (Case No. CV-12-0240-MEJ)

Dear NHLiberty4Paul,

This firm represents the Ron Paul 2012 Presidential Campaign Committee, Inc. ("the Committee") As you may have heard, on January 13, 2012, the Committee filed a federal lawsuit in the Northern District of California (Case No. CV-12-0240-MEJ) against John Does 1 through 10, regarding the defendants' unlawful creation and posting of a defamatory and infringing video commonly referred to as The Manchurian Candidate. This video was uploaded to your YouTube account NHLiberty4Paul and tweeted from the Twitter account @NHLiberty4Paul. See http://www.youtube.com /watch?v=IZeVqj-f1U0.

We are writing to provide you with notice of the lawsuit, and to notify you that the Committee has requested expedited discovery to learn the true identity of the creator of the NHLiberty4Paul YouTube account. Should the Court grant our motion, you will no longer remain anonymous. You have the option of defending your anonymity before the issuance of any subpoena. Information about the United States District Court for the Northern District of California is available at http://www.cand.uscourts.gov/home. Alternatively, you may voluntarily disclose your identity by responding to this message, or by contacting me at salomon.amy@arentfox.com.

Sincerely,
Amy Salomon, Esq.
salomon.amy@arentfox.com
202-857-6015

**Sent to:** NHLiberty4Paul

# EXHIBIT G

# United States of America

## United States Patent and Trademark Office

# Sarah Palin

**Reg. No. 4,005,353**

**Registered Aug. 2, 2011**

**Int. Cls.: 35 and 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

PALIN, SARAH L. (UNITED STATES INDIVIDUAL)
711 H STREET, SUITE 620
ANCHORAGE, AK 99501

FOR: INFORMATION ABOUT POLITICAL ELECTIONS; PROVIDING A WEBSITE FEATUR-ING INFORMATION ABOUT POLITICAL ISSUES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1996; IN COMMERCE 1-1-1996.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOTIV-ATIONAL SPEAKING SERVICES IN THE FIELD OF POLITICS, CULTURE, BUSINESS AND VALUES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-1996; IN COMMERCE 1-1-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "SARAH PALIN", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 85-170,226, FILED 11-5-2010.

KAREN K. BUSH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

Ronald Reagan

**Reg. No. 3,933,461**

**Registered Mar. 22, 2011**

**Int. Cls.: 9, 14, 16, 20, 21, 25, 28 and 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE RONALD REAGAN PRESIDENTIAL LIBRARY FOUNDATION (CALIFORNIA CORPORATION)
40 PRESIDENTIAL DRIVE
SIMI VALLEY, CA 93065

FOR: DVDS FEATURING RONALD REAGAN'S MOTION PICTURES; MAGNIFYING GLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: KEY RINGS OF PRECIOUS METAL; LAPEL PINS; CUFF LINKS; CHARMS; TIE TACKS; MEDALLIONS; CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: STATIONERY-TYPE PORTFOLIOS; BLANK JOURNALS; BOOKS FEATURING IN-FORMATION ABOUT THE LIFE OF RONALD REAGAN; PAPERWEIGHTS; PENCIL HOLDERS FOR WOOD PENCILS; PENCIL HOLDERS MADE OF WOOD; PENS; PENCILS; BOOKMARKS; DRAWING RULERS; MONEY CLIPS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: PICTURE FRAMES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: PLATES, MUGS, GLASS CANDY JARS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: TIES, SCARFS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: CHRISTMAS TREE ORNAMENTS; COLLECTIBLE CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; PLAYING CARDS; GOLF BALLS; YO-YOS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).



David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 3,933,461** FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES A DECEASED PRESIDENT OF THE UNITED STATES, WHOSE WIDOW'S CONSENT(S) TO REGISTER IS MADE OF RECORD.

THE MARK CONSISTS OF A THE SIGNATURE OF "RONALD REAGAN".

SER. NO. 77-900,415, FILED 12-23-2009.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,590,290
Registered July 9, 2002

## TRADEMARK
### PRINCIPAL REGISTER



BUSH FOR PRESIDENT, INC. (TEXAS COR-
PORATION)
515 CONGRESS AVENUE
SUITE 2300
AUSTIN, TX 78701

FOR: CLOTHING, NAMELY, BASEBALL CAPS, T-
SHIRTS, HEAVYWEIGHT T-SHIRTS; LONG
SLEEVED T-SHIRTS; SWEATSHIRTS; WIND-
SHIRTS, POLO SHIRTS; DENIM SHIRTS; JACKETS;
EMBROIDERED GOLF CAPS; NAVY TWILL CAPS;
AND GOLF CAPS, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 7-22-1999; IN COMMERCE 7-22-1999.

THE NAME "GEORGE W. BUSH" IDENTIFIES A
LIVING INDIVIDUAL WHOSE CONSENT IS OF
RECORD.

SER. NO. 75-816,986, FILED 10-7-1999.

NICHOLAS ALTREE, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 21, 26, 28 and 32

Prior U.S. Cls.: 2, 13, 21, 22, 23, 26, 27, 28, 29, 30, 33, 36, 37, 38, 39, 40, 42, 45, 46, 48 and 50

**United States Patent and Trademark Office**

Reg. No. 2,531,401
Registered Jan. 22, 2002

## TRADEMARK
### PRINCIPAL REGISTER



BUSH FOR PRESIDENT, INC. (TEXAS COR-PORATION)
515 CONGRESS AVENUE
SUITE 2300
AUSTIN, TX 78701

FOR: MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-22-1999; IN COMMERCE 7-22-1999.

FOR: LAPEL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-22-1999; IN COMMERCE 7-22-1999.

FOR: COFFEE MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-22-1999; IN COMMERCE 7-22-1999.

FOR: CAMPAIGN BUTTONS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 7-22-1999; IN COMMERCE 7-22-1999.

FOR: GOLF BALLS AND BALLOONS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-22-1999; IN COMMERCE 7-22-1999.

FOR: BOTTLED DRINKING WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-22-1999; IN COMMERCE 7-22-1999.

THE NAME "GEORGE W. BUSH" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75-980,477, FILED 10-7-1999.

NICHOLAS ALTREE, EXAMINING ATTORNEY




**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Acceptable Identification of Goods & Services**

# Trademark ID Manual

**Refine Search:** POLITICAL

Submit Query

*Documents:* 1 - 11 of 11

| Hit No. | Class | Description | Status | Effective Date | Type | Note | Trilateral |
|---|---|---|---|---|---|---|---|
| 1 | 016 | Questionnaires on {specify area of use or subject matter, e.g., political issues} | A | 02 Apr 91 | G | N | |
| 2 | 028 | Educational toys for teaching and testing knowledge relating to the politics, political process, and political history of the United States | A | 02 Oct 08 | G | N | |
| 3 | 035 | Political action committee services, namely, promoting the interests of {indicate specific group, e.g. farmers, auto workers} in the field of politics | M | 01 Jan 02 | S | Y | |
| 4 | 035 | Political consultancy | A | 01 Oct 05 | S | Y | |
| 5 | 035 | Political party services, namely, promoting the interests of a political organization | A | 17 Sep 09 | S | Y | |
| 6 | 035 | Providing a website featuring information about political issues | A | 15 Oct 09 | S | Y | |
| 7 | 035 | Providing an on-line searchable database for political campaigns at which users can collect and analyze political information electronically | A | 07 Feb 08 | S | N | |
| 8 | 035 | Providing information about political elections | M | 01 Jul 04 | S | Y | |
| 9 | 035 | Providing information regarding political issues, knowing how to vote and knowing how to register to vote | A | 01 Jan 04 | S | Y | |
| 10 | 036 | Political fundraising services | A | 01 Jun 01 | S | N | |
| 11 | 042 | Creating an on-line community for {specify users, e.g., registered users, athletes, etc.} for the purpose of {indicate purpose, e.g., participating in political discussions, organizing sporting events, etc.} | A | 07 Apr 11 | S | N | |

**Refined Search:** POLITICAL

Submit Query

Case 3:12-cv-00240-MEJ   Document 12-1   Filed 02/10/12   Page 33 of 44

## Return to Search

.HOME SITE INDEX SEARCH *e*BUSINESS HELP PRIVACY POLICY



# EXHIBIT H



@CindyhM1
Cindy McCain

I deeply resent the video made using the adopted daughters of@johnhuntsman. @ronpaul shame on you. This has shades of 2000 all over it.

6 Jan via Twitter for iPad  ☆ Favorite  ♺ Retweet  ↤ Reply

Mentioned in this Tweet

RonPaul Ron Paul · Follow
Congressman from Texas and champion of the Constitution.

Retweeted by BizTrends and 416 others.



# EXHIBIT I

Case3:12-cv-00240-MEJ Document12-1 Filed02/10/12 Page37 of 44

# Republican candidate Jon Huntsman branded un-American for adopting foreign babies

by Steve Myall, Daily Mirror 6/01/2012 (http://www.mirror.co.uk/news/top-stories/2012/01/06/)

Decrease font size Increase font size

 (#)



Jon Huntsman

Presidential hopeful Jon Huntsman has been branded un-American for adopting daughters from China and India.

Republican Huntsman was attacked in an advert by rival Ron Paul where he is seen speaking Chinese to his 12-year-old daughter Gracie when she was an infant.

It uses images of Huntsman's adopted daughters to argue that he doesn't hold American values.

Advertisement >>

Former ambassador to China Huntsman called the ad "stupid".and objected to suggesting there is something sinister in his decision to adopt Gracie, and later another daughter from India.

Gracie was abandoned aged two, while his other daughter was left on the roadside as a newborn.

Former Utah governor Jon Huntsman skipped the Iowa caucuses hoping to make his mark in the New Hampshire primary.

jon huntsman (http://www.mirror.co.uk/tags/jon-huntsman/) , ron paul (http://www.mirror.co.uk/tags/ron-paul/)

## We Recommend

- Denise Welch: My marriage will survive affair claim (http://www.mirror.co.uk/celebs/news/2012/01/30/denise-welch-my-marriage-will-survive-affair-claim-115875-23726798/)

- Duchess of Cornwall's fashion howler at Royal Marines ceremony (http://www.mirror.co.uk/news/top-stories/2012/01/28/duchess-of-cornwall-s-fashion-howler-at-royal-marines-ceremony-115875-23723531/)

- Movie-goers suffer vomiting and seizures during screening of horror film (http://www.mirror.co.uk/news/top-stories/2012/01/31/movie-goers-suffer-vomiting-and-seizures-during-screening-of-horror-film-115875-23728890/)

- My husband turned out to be gay - and blamed me (http://www.mirror.co.uk/news/top-stories/2012/01/30/my-husband-turned-out-to-be-gay-and-blamed-me-115875-23726401/)

Visitor comment posted in response to a January 6, 2012 article by *The National Memo* (available at http://nationalmemo.com/article/ron-paul-supporters-relase-stunningly-offensive-anti-huntsman-ad-video) (last visited 2/1/12):

## Huntsman gets the sympathy vote in NH
**Permalink** Submitted by **joeturner** on Sat, 01/07/2012 - 5:58pm

Don't you love the way these fascist organizations use words like "liberty, freedom, our forefathers,etc." I'm sure that Paul didn't know anything about this ad just as he didn't know anything about the racist newsletters that he signed his name to. I predict that Huntsman will do well in NH and Paul's ad will help him win the sympathy vote.

Representative visitor comments posted in response to the Video on YouTube (available at
http://www.youtube.com/watch?v=tZeVqj-t1U0) (last visited 2/10/12):

Andrea Mitchell on MSNBC just said this ad came from the Paul campaign
but that the campaign says it didn't make it.

hounddoggy7    1 month ago

Typical Ron Paul Christian tactics, Paul also denies any responsiblity for the
hateful racial and hompophobic comments of the newsletters put out by his
staff in previous elections.

shenadoa    1 month ago

Visitor comment posted in response to an article by Care2PetitionSite (available at
http://www.thepetitionsite.com/1/end-racist-propaganda/) (last visited 2/1/12):

# 20          17:19, Jan 06, Ms. Sue Harrington, CA
              What is wrong with you Mr. Paul?? This is shameful.

# EXHIBIT J



