UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RON PAUL 2012 PRESIDENTIAL CAMPAIGN COMMITTEE, INC., <br><br> Plaintiff, <br> v. <br> JOHN DOES, 1-10, <br><br> Defendants. | No. C 12-0240 MEJ <br><br> **ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY (DOCKET NO. 12)** |

On February 10, 2012, Plaintiff refiled its request for expedited discovery. Dkt. No. 12. If the Public Citizen Litigation Group, American Civil Liberties Union Foundation, Electronic Frontier Foundation, and Digital Media Law Project wish to file an amici brief addressing Plaintiff's ex parte application, they must do so by February 23, 2012. If Plaintiff wishes to file a reply to any amici brief, it must do so by February 29, 2012.

**IT IS SO ORDERED.**

Dated: February 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge