JERROLD ABELES (SBN 138464)
Abeles.Jerry@arentfox.com
DAVID BAYLES (SBN 208112)
Bayles.David@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

MICHAEL A. GROW (*pro hac vice application pending*)
Grow.Michael@arentfox.com
JAMES R. DAVIS II (*pro hac vice application pending*)
Davis.Jim@arentfox.com
**ARENT FOX LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: 202.857.6000
Facsimile: 202.857.6395

Attorneys for Plaintiff
RON PAUL 2012 PRESIDENTIAL CAMPAIGN COMMITTEE, INC.

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON PAUL 2012 PRESIDENTIAL CAMPAIGN COMMITTEE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 10,<br><br>Defendants. | Case No. CV-12-0240-MEJ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Fed. R. Civ. Proc. 41(a)(1)(A)(i) and (B) |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

RPP/517689.1

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
CASE NO. CV-12-0240-MEJ

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (B), plaintiff Ron Paul 2012 Presidential Campaign Committee, Inc., hereby dismisses the above-referenced action without prejudice.

Dated:   March 23, 2012

Respectfully submitted,

ARENT FOX LLP

By: /s/ David G. Bayles
JERROLD ABELES
DAVID G. BAYLES

Attorneys for Plaintiff
RON PAUL 2012 PRESIDENTIAL
CAMPAIGN COMMITTEE, INC.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

RPP/517689.1

- 1 -

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
CASE NO. CV-12-0240-MEJ